664 A.2d 1308

Linda S. KAISER, Acting Insurance Commissioner, Commonwealth of Pennsylvania, in her capacity as Statutory Liquidator of World Life and Health Insurance of Pennsylvania, Appellee,

v.

COGEN, SKLAR, AND LEVICK, Appellant.

No. 35 M.D. Appeal Docket 1995.

Supreme Court of Pennsylvania,
Middle District.

June 6, 1995.

*ORDER*

PER CURIAM.

AND NOW, to wit, this 6th day of June, 1995, the Appeal is quashed. The Motion to Quash is dismissed as moot.

MONTEMURO, J., is sitting by designation.